

**NUMBERS 13-13-00544-CR, 13-13-00545-CR, &
13-13-00546-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARKUS ANTONIUS GREEN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 24th District Court
of DeWitt County, Texas**

---

## ORDER OF ABATEMENT

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

These causes are before the Court on appellant's motion to direct the trial court to correct remediable errors pursuant to Rule 44.4 of the Texas Rules of Appellate Procedure and appellant's motion for extension of time to file brief. Appellant is proceeding pro se, has received a copy of the clerk's record, and states the clerk's record is incomplete.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, these appeals are ABATED and the causes REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine if the clerk's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.5(e), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a complete clerk's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights. If a filing designated for inclusion in the clerk's record has been lost or destroyed and the parties cannot agree, by written stipulation, for a copy of that item to be included in a supplemental record, the trial court shall determine what constitutes an accurate copy of the missing item and order it to be included in the clerk's supplemental record. If the clerk's record is determined to be complete, the trial court shall notify this Court as to the date upon which the entire appellate record was made available to appellant.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Appellant's motion to direct the trial court to correct remediable errors pursuant to Rule 44.4 of the Texas Rules of Appellate Procedure and motion for extension of time to file the brief are CARRIED WITH THE CASE.

IT IS SO ORDERED.

PER CURIAM

2

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of May, 2014.